No. 91–7672.   MULLER *v.* UNITED STATES; and

No. 91–7785.   BARON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 944 F. 2d 523.

No. 91–7697.   BROWN *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 91–7703.   SMERTNECK *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 91–7760.   CROWLEY *v.* PRINCE GEORGE'S COUNTY, MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 91–7780.   GIBSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 91–7781.   ROBERTSON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 91–7784.   SKELTON *v.* SMITH, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 91–7797.   BOYLES *v.* INDIANA.   Ct. App. Ind.   Certiorari denied.

No. 91–7816.   LEVY *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 91–7831.   MITCHELL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 91–7846.   MARGUGLIO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 91–7861.   YAGOW *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 91–7872.   MUHAMMAD *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 91–7912.   AUER *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.